THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL LABREE, Appellant.— Judgment of the Supreme Court, Kings County, ren-

dered October 15, 1971, affirmed (CPL 470.05, subd. 1). Hopkins, Acting P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.